UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                         Case Number: 13-28155 ABA

Debtor: Jaquay W. Pitt

| Check Number | Creditor | Amount |
|---|---|---|
| 1858041 | Litton Loan Servicing | 2946.23 |

*/s/ Isabel C. Balboa*
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:  September 10, 2014